EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Javier Abendaño Ezquerro | 2023 TSPR 53<br><br>211 DPR ___ |

Número del Caso: TS-13,415

Fecha: 24 de abril de 2023

Abogada de la parte peticionaria:

    Lcda. Daisy Calcaño López

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

In re:

Javier Abendaño Ezquerro                TS-13,415

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 24 de abril de 2023.

Examinada la *Moción en cumplimiento de orden sobre reinstalación* presentada por el   Sr. Javier Abendaño Ezquerro, se le reinstala al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo